UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PABLO AREVALO MATA, MANUEL PEREZ LOPEZ,
and ALFREDO CABRERA VILLARIAL, on behalf of       Case No.: 12-Civ.5571(MGC)
themselves, and others similarly situated,

                                    Plaintiff(s),

-against-

LOS AMIGOS OF NY CORP., and JUAN RAMIREZ,

                                    Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK        }
                               ss:
COUNTY OF NEW YORK   }

      I, Carmen Peña being duly sworn, deposes and says:

      I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York.

      On October 1, 2012, I served a true copy of the annexed DEFENDANTS' FIRST SET OF INTERROGATORIES with all exhibits and attachments.

      By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

      TO:    Cilenti & Cooper, PLLC
                 708 Third Avenue, 6th Floor
                 New York, NY 10017-4119

                                                     Carmen Peña

Sworn to before me October 1, 2012

_____
        Notary Public

                ALANA BARRAN
      Notary Public, State Of New York
              No.02BA6065472
        Qualified In New York County
   Commission Expires October 22, 2013